UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:06 CR 125-4 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| YOLANDA SOSA, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge William H. Baughman, Jr., regarding the change of plea hearing of Yolanda Sosa, which was referred to the Magistrate Judge with the consent of the parties.

On May 9, 2006, the government filed a thirty-six count superseding indictment, charging Defendant Yolanda Sosa, with Conspiracy to Smuggle Aliens into and within the United States in violation of Title 8 United States Code, Section 1324(a)(1)(A)(v)(I); Conspiracy to Commit Mail Fraud and Document Fraud in violation of Title 18, United States Code, Section 371; Aiding and Abetting Mail Fraud in violation of Title 18, United States Code, Section 1341; Aiding and Abetting the Structuring of Money Transactions in violation of Title 31, Sections 5324(a)(3) and 5324(d)(2) and Title 18, United States Code, Section 2; Aiding and

Abetting the Structuring of Money Transactions in violation of Title 31, United States Code, Section 5324(a)(3) and Title 18, United States Code, Section 2; Aiding and Abetting Money Laundering in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and 2.  On January 23, 2007, Magistrate Judge Baughman received Defendant Sosa's plea of guilty to counts one and three of superseding indictment and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered on January 23, 2007.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Sosa is found to be competent to enter a plea and to understand her constitutional rights.  She is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Sosa is adjudged guilty of Counts 1 and 3 of the superseding indictment, in violation of Title 8 United States Code, Section 1324(a)(1)(A)(v)(I) and Title 18United States Code, Section 371.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE